# IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Coleman, Dorothy L

Printed: 10/9/07

Case Number: 05 B 07434
Judge: Wedoff, Eugene R
Filed: 3/3/05

## FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: August 2, 2007
Confirmed: June 9, 2005

### SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 26,851.62 |  |
| Secured: |  | 3,435.34 |
| Unsecured: |  | 12,562.61 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,894.00 |
| Trustee Fee: |  | 958.05 |
| Other Funds: |  | 8,001.62 |
| Totals: | 26,851.62 | 26,851.62 |

### DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Philip A. Igoe | Administrative | 1,894.00 | 1,894.00 |
| 2. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 3,842.69 | 2,519.10 |
| 4. | HomEq Servicing Corp | Secured | 916.24 | 916.24 |
| 5. | Arrow Financial Services | Unsecured | 270.25 | 1,591.72 |
| 6. | JP Morgan Chase Bank | Unsecured | 1,208.70 | 7,118.57 |
| 7. | Toyota Motor Credit Corporatio | Unsecured | 2,126.15 | 0.00 |
| 8. | American General Finance | Unsecured | 654.10 | 3,852.32 |
| 9. | Resurecction Health Care | Unsecured | | No Claim Filed |
| 10. | Hematology Oncology Assoc | Unsecured | | No Claim Filed |
| 11. | Health Care Collection Services | Unsecured | | No Claim Filed |
| 12. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 13. | Hematology Oncology Assoc | Unsecured | | No Claim Filed |
| 14. | NAFS | Unsecured | | No Claim Filed |
| 15. | Westlake Community Hospital | Unsecured | | No Claim Filed |
| 16. | Discover Financial Services | Unsecured | | No Claim Filed |
| 17. | Hematology Oncology Assoc | Unsecured | | No Claim Filed |
| 18. | Pathology CHP S C | Unsecured | | No Claim Filed |
| 19. | Metro Infectious Disease Consu | Unsecured | | No Claim Filed |
| 20. | Metro Infectious Disease Consu | Unsecured | | No Claim Filed |
| 21. | Raul Villasuso MD Facs | Unsecured | | No Claim Filed |
| 22. | Maywood Fire Department | Unsecured | | No Claim Filed |
| 23. | Radiological Consultants | Unsecured | | No Claim Filed |
| 24. | Resurecction Health Care | Unsecured | | No Claim Filed |
| 25. | Radiology Consultants Ltd | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Coleman, Dorothy L | | Case Number: 05 B 07434 |
|---|---|---|---|
| | | | Judge: Wedoff, Eugene R |
| | Printed: 10/9/07 | | Filed: 3/3/05 |

| | | | | |
|---|---|---|---|---|
| 26. | Quest Diagnostics Inc | Unsecured | | No Claim Filed |
| 27. | Maywood Fire Department | Unsecured | | No Claim Filed |
| 28. | Rush Oak Park Hospital | Unsecured | | No Claim Filed |
| 29. | Pathology CHP S C | Unsecured | | No Claim Filed |
| 30. | Westlake Community Hospital | Unsecured | | No Claim Filed |
| 31. | Westlake Community Hospital | Unsecured | | No Claim Filed |
| 32. | USCB | Unsecured | | No Claim Filed |
| 33. | Westlake Community Hospital | Unsecured | | No Claim Filed |

$ 10,912.13        $ 17,891.95

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 3% | 63.00 |
| 5.5% | 173.25 |
| 5% | 52.51 |
| 4.8% | 67.19 |
| 5.4% | 602.10 |

$ 958.05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Denise Ashley*